# Exhibit "C"

## Erica Blake

| | |
|---|---|
| **From:** | Becky Kolinski |
| **Sent:** | Wednesday, July 20, 2022 2:07 PM |
| **To:** | Erica Blake |
| **Subject:** | FW: Outstanding invoices |
| | |
| **Importance:** | High |

## Becky Kolinski

Accountant
**O:** 419.299.4300

---

**From:** Becky Kolinski
**Sent:** Friday, April 15, 2022 10:15 AM
**To:** Dever, Melissa <Melissa.Dever@corizonhealth.com>; Lindsay, Regina <Regina.Lindsay3@corizonhealth.com>; Julie Brown <jbrown@endevis.com>; Rice, Michelle <Michelle.Rice@corizonhealth.com>
**Subject:** RE: Outstanding invoices
**Importance:** High

Hello!

Is there an update on this?

Thanks!

## Becky Kolinski

Accountant
**O:** 419.299.4300



---

**From:** Dever, Melissa <Melissa.Dever@corizonhealth.com>
**Sent:** Friday, March 25, 2022 5:31 PM
**To:** Becky Kolinski <bkolinski@endevis.com>; Lindsay, Regina <Regina.Lindsay3@corizonhealth.com>; Julie Brown <jbrown@endevis.com>; Rice, Michelle <Michelle.Rice@corizonhealth.com>
**Subject:** RE: Outstanding invoices

Hi Becky,

I am still waiting on approval to cut the check.

Thanks, Melissa

---

**From:** Becky Kolinski <bkolinski@endevis.com>
**Sent:** Friday, March 25, 2022 10:05 AM
**To:** Dever, Melissa <Melissa.Dever@corizonhealth.com>; Lindsay, Regina <Regina.Lindsay3@corizonhealth.com>; Julie Brown <jbrown@endevis.com>; Rice, Michelle <Michelle.Rice@corizonhealth.com>
**Subject:** [EXTERNAL] RE: Outstanding invoices

**This Message has originated outside of your organization.**

---

Hi Melissa!

Is there a payment status?

Thanks!

## Becky Kolinski

Accountant
O: 419.299.4300



---

**From:** Dever, Melissa <Melissa.Dever@corizonhealth.com>
**Sent:** Friday, March 25, 2022 11:03 AM
**To:** Lindsay, Regina <Regina.Lindsay3@corizonhealth.com>; Julie Brown <jbrown@endevis.com>; Rice, Michelle <Michelle.Rice@corizonhealth.com>
**Cc:** Becky Kolinski <bkolinski@endevis.com>
**Subject:** RE: Outstanding invoices

Regina

We have 6 outstanding invoices for a total of $151k.

Thanks, Melissa

---

**From:** Lindsay, Regina <Regina.Lindsay3@corizonhealth.com>
**Sent:** Wednesday, March 23, 2022 5:58 PM
**To:** Julie Brown <jbrown@endevis.com>; Dever, Melissa <Melissa.Dever@corizonhealth.com>; Rice, Michelle <Michelle.Rice@corizonhealth.com>
**Cc:** Becky Kolinski <bkolinski@endevis.com>
**Subject:** RE: Outstanding invoices

Hi Julia,

Our A/P department has the invoices.

Melissa, can you please advise on the status, thanks.

**Regina Lindsay, MBA**
**SVP, Human Resources**
Mobile: 301-905-0006
Regina.Lindsay3@corizonhealth.com

---

**From:** Julie Brown <jbrown@endevis.com>
**Sent:** Wednesday, March 23, 2022 3:55 PM
**To:** Lindsay, Regina <Regina.Lindsay3@corizonhealth.com>; Dever, Melissa <Melissa.Dever@corizonhealth.com>; Rice, Michelle <Michelle.Rice@corizonhealth.com>
**Cc:** Becky Kolinski <bkolinski@endevis.com>
**Subject:** [EXTERNAL] Outstanding invoices

**This Message has originated outside of your organization.**

---

Hi Regina,
I hope all is well.  I have tried contacting you several times for follow-up regarding a few outstanding invoices for Endevis that you were going to take care of, and we have not received payment yet. If there is an additional person/department to contact for this, what information is needed to get these paid?
Thank you, Regina, I look forward to hearing from you and hope you have a great day.
Kind regards,
Julie Brown

## Julie Brown

Recruiter/Researcher
**O:** 419.893.7440
**W:** www.endevis.com

