1119 ADAMS STREET, LOWER
TOLEDO, OH 43604
419.724.3499 P
419.724.3495 F

MOCKLTD.COM

Exhibit "D"



April 5, 2022

*Delivered via Regular Mail and Electronic Mail*

Corizon Health, Inc.
103 Powell Ct.
Brentwood, TN 37027
ATTN: Michelle Rice and Melissa Dever
Michelle.rice@corizonhealth.com
Mellisa.dever@corizonhealth.com

**Re:   Outstanding Balance Owed
        Business:   endevis, LLC
        Amount due: $151,030.00**

Ms. Rice and Ms. Dever:

Please let it be known that my firm represents Endevis, LLC. I am writing to inquire as to the status of payments for several invoices which are now overdue. As per the terms of your agreement with Endevis, LLC payments on invoices are due forty-five days after delivery of the invoice. Invoices dated August 31, 2021 through January 31, 2022 are all delinquent for payment. The total delinquency is currently $151,030.00. It is my understanding that you have made assurances payments would soon be tendered, but those promises have not yet been fulfilled.

My client has informed me of the significant changes to your business that have occurred over the last several months. While we empathize with your position, we must demand immediate payment on the delinquent balance. We ask that you make payment of the amount due immediately and pay any remaining invoices timely, pursuant to the terms of the contract.

While we hope to resolve this payment issue amicably, if we do not receive immediate payment of the past due balance we will need to initiate formal collection action. Please contact me to discuss this issue further if the delinquent payments cannot be tendered immediately.

Sincerely,

Brandon M. Rehkopf, Esq.

IRS REPRESENTATION
BUSINESS, PROBATE, BANKRUPTCY AND ESTATE PLANNING