Exhibit "E"

**Erica Blake**

---

| | |
|---|---|
| **From:** | Ron Walters |
| **Sent:** | Friday, April 22, 2022 10:26 AM |
| **To:** | Erica Blake |
| **Cc:** | Curt Smith |
| **Subject:** | FW: Outstanding invoices |

Hi Erica,

Here is the latest communication with Corizon. I reach out to Regina Lindsay, SVP HR by phone, she is going to speak to Finance about payment today. I will keep you updated.

Thanks,

Ron

**Ron Walters**
**Chief Revenue Officer**
**O:** 419.482.1687
**M:** 419.345.7739
**W:** www.endevis.com



---

**From:** Rice, Michelle <Michelle.Rice@corizonhealth.com>
**Sent:** Friday, April 22, 2022 10:05 AM
**To:** Ron Walters <rwalters@endevis.com>; Dever, Melissa <Melissa.Dever@corizonhealth.com>
**Cc:** Lindsay, Regina <Regina.Lindsay3@corizonhealth.com>
**Subject:** RE: Outstanding invoices

Ron,

We have all of the invoices, and are working on reviews and approvals for payment.  At this time, I do not have a payment date.

**Michelle Rice**
Sr. Director, Assistant Controller




Phone: 615.760.8231

1

Fax: 629.333.7405
103 Powell Court | Brentwood, TN 37027
www.corizonhealth.com



---

**From:** Ron Walters <rwalters@endevis.com>
**Sent:** Friday, April 22, 2022 8:26 AM
**To:** Rice, Michelle <Michelle.Rice@corizonhealth.com>; Dever, Melissa <Melissa.Dever@corizonhealth.com>
**Cc:** Lindsay, Regina <Regina.Lindsay3@corizonhealth.com>
**Subject:** [EXTERNAL] Outstanding invoices

**This Message has originated outside of your organization.**

---

Hi Michelle and Melissa,

I have made numerous attempts to connect each of you regarding the outstanding and overdue invoices with endevis. We have also set you a Demand Letter within the past 2 weeks which you have not responded too.

We are preparing to take further action for collection of invoices if no communication takes place. I am reaching out to find out when would be a good time for all of us to connect and talk about payment of invoices.

Thank you,

Ron

**Ron Walters**
**Chief Revenue Officer**
**O:** 419.482.1687
**M:** 419.345.7739
**W:** www.endevis.com

