Exhibit "F"

**Kevin Urtz**

---

| | |
|---|---|
| **From:** | Ron Walters <rwalters@endevis.com> |
| **Sent:** | Wednesday, July 20, 2022 9:18 AM |
| **To:** | Kevin Urtz |
| **Subject:** | FW: Past due invoices |

---

**From:** Rice, Michelle <Michelle.Rice@corizonhealth.com>
**Sent:** Wednesday, May 11, 2022 1:21 PM
**To:** Ron Walters <rwalters@endevis.com>; Dever, Melissa <Melissa.Dever@corizonhealth.com>
**Cc:** Lindsay, Regina <Regina.Lindsay3@corizonhealth.com>; Durham, Johnna <Johnna.Durham@corizonhealth.com>
**Subject:** RE: Past due invoices

Hi Ron,

We are missing the February and March invoices; can you please provide those?  I will work on getting approval to pay the older two invoices.

Thanks!

## Michelle Rice
Sr. Director, Assistant Controller



Phone: 615.760.8231
Fax: 629.333.7405
103 Powell Court | Brentwood, TN 37027
www.corizonhealth.com

---

**From:** Ron Walters <rwalters@endevis.com>
**Sent:** Wednesday, May 11, 2022 11:54 AM
**To:** Dever, Melissa <Melissa.Dever@corizonhealth.com>
**Cc:** Rice, Michelle <Michelle.Rice@corizonhealth.com>
**Subject:** [EXTERNAL] Past due invoices

**This Message has originated outside of your organization.**

---

Hi Melissa,

Thank you for paying the invoice last week. It appears the invoice paid was for September and there is an older invoice due from August.

Here are the outstanding invoices,

| Customer ID | Customer Name | Invoice |
|---|---|---|
| 39867 | Corizon | RPO-I-00065 |
| | | RPO-I-00126 |
| | | RPO-I-00160 |
| | | RPO-I-00185 |
| | | RPO-I-00219 |

We need to see additional payments on these invoices.

Given the payment made early last week, we would need to see the 2 oldest invoices paid by mid-next week.

Thanks Melissa,

Ron

**Ron Walters**
**Chief Revenue Officer**
**O:** 419.482.1687
**M:** 419.345.7739
**W:** www.endevis.com



NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual which is private and protected by law. If you are not the intended recipient, any disclosure, copying, distribution or other use of this information is strictly prohibited. You are also requested to advise us immediately if you receive information which is not addressed to you. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company.
Warning: Although the company has taken reasonable precautions to ensure no viruses are present in this email, the company cannot accept responsibility for any loss or damage arising from the use of this email or attachments.