Exhibit "G"

**Kevin Urtz**

---

| | |
|---|---|
| **From:** | Ron Walters <rwalters@endevis.com> |
| **Sent:** | Wednesday, July 20, 2022 9:19 AM |
| **To:** | Kevin Urtz |
| **Subject:** | FW: Payment for past due invoices |

---

**From:** Ron Walters
**Sent:** Tuesday, June 21, 2022 8:21 AM
**To:** Sara.Tirschwell@yescarecorp.com; Jeff.Sholey@yescarecorp.com; Rice, Michelle <Michelle.Rice@Yescarecorp.com>
**Subject:** Payment for past due invoices

Sara, Jeff and Michelle,

I have made numerous attempts to contact each of you regarding payment of past due invoices. We are seeking payment in full of all past due invoices or a defined payment program. I am available today at 12:30 Central Time to have a conversation on this topic, please confirm your availability.

Sincerely,

Ron

**Ron Walters**
**Chief Revenue Officer**
**O:** 419.482.1687
**M:** 419.345.7739
**W:** www.endevis.com



*NOTICE*: This e-mail and any accompanying documents contain confidential information intended for a specific individual which is private and protected by law. If you are not the intended recipient, any disclosure, copying, distribution or other use of this information is strictly prohibited. You are also requested to advise us immediately if you receive information which is not addressed to you. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company.
*Warning*: Although the company has taken reasonable precautions to ensure no viruses are present in this email, the company cannot accept responsibility for any loss or damage arising from the use of this email or attachments.