Exhibit "H"

**Kevin Urtz**

---

**From:** Ron Walters <rwalters@endevis.com>
**Sent:** Wednesday, July 20, 2022 9:20 AM
**To:** Kevin Urtz
**Subject:** FW: endevis past due invoices

---

**From:** Ron Walters
**Sent:** Thursday, June 23, 2022 11:53 AM
**To:** Sara.Tirschwell@yescarecorp.com
**Subject:** endevis past due invoices

Hi Sara,

We spoke on Tuesday regarding the outstanding invoices from endevis. You mentioned someone would be in touch within the next 24 hours to provide information about payment.

I have not heard from anyone at this point. Is there a name you could provide so I may reach out to begin a conversation?

Thanks,

Ron

**Ron Walters**
**Chief Revenue Officer**
**O:** 419.482.1687
**M:** 419.345.7739
**W:** www.endevis.com



NOTICE: This e-mail and any accompanying documents contain confidential information intended for a specific individual which is private and protected by law. If you are not the intended recipient, any disclosure, copying, distribution or other use of this information is strictly prohibited. You are also requested to advise us immediately if you receive information which is not addressed to you. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company.
Warning: Although the company has taken reasonable precautions to ensure no viruses are present in this email, the company cannot accept responsibility for any loss or damage arising from the use of this email or attachments.