IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Endevis, LLC,                                    Case No. 3:22 CV 1307

         Plaintiff,                        <u>DISMISSAL ORDER</u>

     -vs-                                       JUDGE JACK ZOUHARY

Corizon Health, Inc., et al.,

         Defendants.

     Counsel represent that this case has resolved (Doc. 8). Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

     Plaintiff's Motion for Preliminary Injunction (Doc. 2) is denied as moot. Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days, shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the settlement.

     IT IS SO ORDERED.

                                                      s/ *Jack Zouhary*
                                                      JACK ZOUHARY
                                                      U. S. DISTRICT JUDGE

                                                      AUGUST 12, 2022